IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA )
                         )     CRIMINAL ACTION NO.
     v.                  )        2:16cr340-MHT
                         )           (WO)
ALVIN LEE McCARY        )

ORDER

Based on the representations made and evidence
presented on the record on December 14, 2018,
including evidence that defendant Alvin Lee McCary
appears to have suffered significant traumas in his
childhood and adult life, has spent most of his
adult life incarcerated, and is an alcoholic, it is
ORDERED that:

(1)  The petition for revocation (doc. no. 54)
is denied.

(2)  The    petition    for    modification
(doc. no. 54) is denied to the extent that weekend
incarceration is recommended.

(3) The petition for modification (doc. no. 54) is granted to the following extent: Defendant McCary is to receive thorough local mental-health and substance-abuse evaluations. The evaluations should include: (A) his personal medical and psychological history; (B) a description of the psychiatric, psychological, and medical tests employed and the results; (C) a diagnosis of the DSM-V mental disorders and/or other mental-health problems from which he suffers (if any); (D) specific recommendations for treatment of those disorders and/or other problems; (E) specific recommendations for treatment of those disorders and/or other problems, including any particular treatment modalities that are likely to be effective in light of his individual condition and history; and (F) recommendations, in light of the diagnosis/es or other problems, as to any services (including mental-health counseling) or other supports that could be provided to assist him in his adjustment to

society and in remaining alcohol-free.  The report is to be filed with the court by February 1, 2019.

(4) The Probation Department is to file with the court any and all positive tests reflecting alcohol use.

DONE, this the 18th day of December, 2018.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE