**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:16cr340-MHT** |
| | ) | **(WO)** |
| **ALVIN LEE McCARY** | ) | |

**ORDER**

On December 19, 2019 (doc. no. 92), the court ordered that the terms of defendant Alvin Lee McCary's supervised release be modified to reflect his agreement to participate in the modified-HOPE model. So that the court can keep abreast of defendant McCary's performance, it is ORDERED that defendant McCary's supervising probation officer shall file a status report, on or before the first Tuesday of each month beginning February 4, 2020, apprising the court of defendant McCary's progress and whether he is complying with the terms of the modified-HOPE model.

DONE, this the 20th day of December, 2019.

                                         **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**