IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:16cr340-MHT
                            )             (WO)
ALVIN LEE McCARY            )
```

ORDER

Based on the evidence presented and the representations made at the hearing on August 20, 2020, it is ORDERED that:

(1) Defendant Alvin Lee McCary, based on his no-contest plea, is adjudged guilty of all four charges in the revocation petitions (doc. nos. 109 and 123).

(2) Sentencing is continued to September 30, 2020, at 10:00 a.m., by videoconferencing. The clerk of the court is to make appropriate arrangements.

It is further ORDERED, based on the court's review of the evaluation of defendant McCary by Dr. Lois Kois (doc. no. 64), that:

(1) The defense shall arrange for a full neuropsychological evaluation and neuroimaging of defendant McCary, as recommended by Dr. Kois; and, by 5:00 p.m. on September 24, 2020, shall file a report of the results of the evaluation and imaging study, under seal.  By 5:00 p.m. on September 28, 2020, the parties are to file briefs on the significance, if any, of the evaluation and imaging study.

(2) The United States Marshal shall make defendant McCary available for, and provide transportation if necessary to, the evaluation and neuroimaging appointment.

DONE, this the 21st day of August, 2020.

                           /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE